## Commonwealth ex rel. Cooper, Appellant, *v.* Maroney.

Submitted June 14, 1965. *Charles Cooper*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Cox, Appellant, *v.* Myers.

Submitted June 14, 1965. *Samuel Cox*, appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.